**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PAMELA SILER,

      Plaintiff,

vs.                                        CASE NO. 07-10355
                                             HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF
SOCIAL SECURITY

      Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff filed the instant action seeking Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Morgan's Report and Recommendation of October 25, 2007, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be granted and Defendant's Motion for Summary Judgment be denied. Neither party has filed objections to the Magistrate's report and recommendation.

After a thorough review of the court file, the respective parties' motions, and the Report and Recommendation, and there being no objections, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Therefore,

IT IS ORDERED that Defendant's Motion for Summary Judgment is DENIED and Plaintiff's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that this matter be REMANDED to the Commissioner for further proceedings consistent with this Order. Upon remand, the Administrative Law Judge (ALJ) shall propound a hypothetical consistent with the limitations of the claimant the ALJ accepts as credible. The ALJ shall also explain the basis for rejecting some medical opinions and accepting

others, as well as the basis for some percentage of function attributed to Plaintiff. Finally, the ALJ shall clarify the record regarding Plaintiff's past and/or present cocaine use.

       IT IS SO ORDERED.

                                      s/Lawrence P. Zatkoff
                                      LAWRENCE P. ZATKOFF
                                      UNITED STATES DISTRICT JUDGE

Dated: November 28, 2007

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 28, 2007.

                                      s/Marie E. Verlinde
                                      Case Manager
                                      (810) 984-3290